# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2015

## NO. 03-14-00132-CV

**Donald L. Knepp and Andrea L. Knepp, Appellants**

**v.**

**K.R.A.K. Investments, LLC, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on April 30, 2014. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.